UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADENIRAN OYEBADE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:11-cv-00968-JMS-DML |
| BOSTON SCIENTIFIC CORPORATION, | ) ) ) |
| Defendant. | ) |

## Order Adopting Report and Recommendation

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation (Docket No. 126) regarding the defendant's Motion for Fees and Expenses. No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

The Court finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation. The defendant Boston Scientific Corporation's Motion for Fees and Expenses (Dkt. No. 114) is GRANTED. The defendant is awarded fees and expenses of $2,629.54, to be paid within 30 days of this Order.

So ORDERED.

Date: 12/11/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.

Distribution:

John Robert Panico
PANICO & MAEBRY
jpanico@discriminationlawgroup.com,panicolaw@justice.com

Joseph C. Pettygrove
FAEGRE BAKER DANIELS LLP - Indianapolis
joseph.pettygrove@FaegreBD.com,wynona.moore@FaegreBD.com

Daniel G. Wilczek
Faegre Baker Daniels LLP
Daniel.Wilczek@faegrebd.com,Mary.Melling@faegrebd.com,Cristine.Daley@faegrebd.com